# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SHIRLEY A. McCALL, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> CHICO'S FAS, INC. ) <br> ) <br> Defendant. ) | Civil Action No. 10-01586 <br><br> JUDGE GARY L. LANCASTER |

## STIPULATION OF DISMISSAL

The parties to the above-captioned civil action, by their undersigned counsel and pursuant to Rule 41(a)(1) (ii) of the Federal Rules of Civil Procedure, hereby stipulate to the dismissal with prejudice of this civil action. This Court will retain jurisdiction for purposes of interpreting and enforcing the Settlement Agreement. Each party will bear its own costs.

**FOR THE PLAINTIFF**

/s/ Susan E. Mahood
Susan E. Mahood (Pa. I.D. #50024)
susanemahood@yahoo.com
1600 Law & Finance Building
429 Fourth Avenue
Pittsburgh, PA 15219
(412) 281-1444

*Attorney for Plaintiff Shirley A. McCall*

**FOR THE DEFENDANT**

/s/ Robert W. Cameron
Robert W. Cameron (Pa I.D. #69059)
bcameron@littler.com
Erica L. Clarke (Pa I.D. #89934)
eclarke@littler.com
LITTLER MENDELSON, P.C.
625 Liberty Avenue, 26TH Floor
Pittsburgh, PA 15222
(412) 201-7600

*Attorney for Defendant Chico's FAS, Inc*

SO ORDERED, this 6 day of July, 2011.

_____, C.J.
Hon. Gary L. Lancaster, Chief U.S. District Judge